# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARY LISA LANE**                                                                  **PLAINTIFF**

**V.**                         **Case No. 4:17-CV-00806-JM**

**MACK H. BALL, JR.,**
**and CHICOT COUNTY, ARKANSAS**                            **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 6th day of May, 2020.

                                                     _____
                                                     James M. Moody Jr.
                                                     United States District